Opinion
issued January 26, 2012.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10-00675BCV

 



 

DANA GRACE TEBBE, Appellant

 

V.

 

BRETT CHRISTOPHER RICHARDS, Appellee

 



 

On Appeal from the 311th
District Court

Harris County, Texas

Trial Court Cause No. 2006-49712

 



 

MEMORANDUM
OPINION








Appellant, Dana Grace Tebbe, has failed to timely file a
brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Massengale, and Huddle.